**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BAKHODUR MUMINOVICH MURODOV,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.:  3:26-cv-00661-RBM-BJW

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 AS MOOT**

**[Doc. 1]**

On February 13, 2026, the Court ordered Respondents to file a Status Report indicating whether Petitioner Bakhodur Muminovich Murodov ("Petitioner") has been successfully removed from the United States.  (Doc. 5 at 4.)  On February 17, 2026, Respondents filed a Status Report stating that "Petitioner was removed to Uzbekistan on Sunday, February 15, 2026."  (Doc. 6 at 1.)

Accordingly, the Petition (Doc. 1) is **DENIED AS MOOT**.  *See Abdala v. INS*, 488 F.3d 1061, 1065 (9th Cir. 2007).  The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

DATE:  February 20, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:26-cv-00661-RBM-BJW